STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. THOMAS WALKER, DEFENDANT-APPELLANT.

Submitted February 8, 1954—Decided February 15, 1954.

*Mr. Thomas Walker* in *propria personna.*

*Mr. Mitchell H. Cohen* and *Mr. Benjamin Asbell* for the respondent.

PER CURIAM. The appeal is dismissed for want of jurisdiction in this court, the appeal having been taken out of time.

However, we have considered the merits of the points argued by the appellant and find them to be utterly without substance.

The appeal is dismissed.

*For dismissal*—Chief Justice VANDERBILT and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*Opposed*—None.